In the Matter of MARGARET NEULANDER, Appellant, against BOARD OF EXAMINERS OF BOARD OF EDUCATION OF CITY OF NEW YORK et al., Respondents.

Argued April 21, 1937; decided May 25, 1937.

*Osmond K. Fraenkel* for appellant.

*Paul Windels, Corporation Counsel* (*Edmund L. Palmieri, Paxton Blair* and *Cyrus C. Perry* of counsel), for respondents.

Order affirmed, without costs, on authority of *Matter of Sloat* v. *Board of Examiners* (274 N. Y. 367). No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.